MISSED BECAUSE THE GOVERNMENT FAILED TO PLEAD THE TERMINAL ELEMENT.

Briefs will be filed under Rule 25.

Misc. No. 13–8008/AR.   Shawn M.E. Pelletier, Petitioner v. Colonel Thomas D. Cook, Colonel Theresa A. Gallagher, Lieutenant Colonel Steven P. Haight, United States Army, Respondents.   CCA 20100711.   On consideration of the petition for extraordinary relief in the nature of a writ of prohibition and Petitioner's motion for a stay of proceedings, it is ordered that said motion is hereby denied, and that said petition for extraordinary relief in the nature of a writ of prohibition is hereby denied.

No. 12–8025/AR.   Michael G. New, Appellant v. United States, Appellee.   On consideration of Appellant's petition for reconsideration of the Court's order issued on September 10, 2012, it is ordered that said petition for reconsideration is hereby denied.

No. 13–0079/NA.   U.S. v. Steve Moya.   CCA 201100444.   Appellant's motion to extend time to file the supplement to the petition for grant of review granted to November 13, 2012.

Wednesday, October 24, 2012

13–034

## HEARINGS

No. 12–0418/AF.  U.S. v. Andrew P. Halpin.  CCA S31805.

No. 12–5002/AF.  U.S. v. Ray A. Vazquez.  CCA 37563.

## ORDERS GRANTING PETITION FOR REVIEW

No. 11–0019/AF.  U.S. v. Shannon L. Dollar.  CCA S31607.  Review granted on the following issue:

> WHETHER THE ERRONEOUS ADMISSION OF COVER MEMORAN-
> DA AND CERTIFICATIONS BY LABORATORY CERTIFYING OFFI-
> CIALS ON TWO DD FORM 2624s WAS HARMLESS BEYOND A REA-
> SONABLE DOUBT IN A CASE WHERE THE TESTIFYING EXPERT
> HAD NO INVOLVEMENT IN THE TESTING OF APPELLANT'S SAM-
> PLES AND QUOTED THE COVER MEMORANDA IN HIS TESTIMONY
> TO THE MEMBERS.

No briefs will be filed under Rule 25.

Misc. No. 13–8010/AR.  Reinel Casa Garcia, Appellant v. United States, Appellee. CCA 20111047.  Notice is hereby given that a petition for extraordinary relief in the nature of a writ of error corm nobis, which the Court construes as a writ-appeal petition for review of the decision of the United States Army Court of Criminal Appeals on application for extraordinary relief, was filed under Rule 27(b) on this date, and Appellee will file an answer to said petition on or before November 5, 2012.

No. 13–0018/NA.  U.S. v. Francis S. Key.  CCA 201100417.  Appellant's motion to file the supplement to the petition under seal is granted.

